**No. 69092.**—Lanston Industries, Inc. v. United States, protest 64/12934 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monophoto machines or parts thereof similar in all material respects to those the subject of *Lanston Industries, Inc.* v. *United States* (49 CCPA 123, C.A.D. 807), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 25, 1965

**No. 69093.**—Empire Findings Co., Inc. v. United States, protest 59/17169 and 60/5394 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items marked "P" consist of parts of stethoscopes, which stethoscopes are similar in all material respects to those the subject of Abstract 68126, the claim at 20 or 19 percent, depending upon the date of entry, under the provision in paragraph 397 (19 U.S.C. § 1001, par. 397), as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for metal articles was sustained. The items marked "O," stipulated to consist of otoscopes the same as those involved in *Empire Findings Co., Inc.* v. *United States* (44 Cust. Ct. 21, C.D. 2148), were held dutiable at 15½ percent under the provision in paragraph 353 (19 U.S.C. § 1001, par. 353), as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for electrical therapeutic (including diagnostic) instruments, as claimed.